```
            FILED ____ LODGED
         ___ RECEIVED ____ COPY

              OCT 1 5 2003

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Christine Zobel and John Doe Zobel, husband and wife; DeTeMedien GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X,<br><br>　　　　Defendants. | No. CV03-0282-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** vacating the oral argument on various motions set for **December 15, 2003 at 10:30 a.m.** and resetting oral argument on Plaintiff's Motion for Entry of Default Judgment Against Christine Zobel, DeTeMedien GmbH [Doc. #8]; Motion of Defendant DeTeMedien GmbH For Rule 11 Sanctions [Doc. #10]; Defendant DeTeMedien GmbH's Motion to Set Aside Entry of Default Pursuant to Rule 55(c) [Doc. #11]; Defendant DeTeMedien GmbH's Motion to Dismiss under Federal Rule of Civil Procedure 12 [Doc. #12]; Plaintiff's Motion to Strike Parole Evidence of Purported Stipulation Contained in Defendant DeTeMedien GmbH's Motion to Set Aside Entry of Default Pursuant to Rule 55(c) [Doc. #14-1] and Request for Attorneys' Fees [Doc. #14-2]; Plaintiff's Motion to Strike to Dismiss Under Federal Rules of Civil Procedure or, Alternatively, Response to Motion to Dismiss [Doc. #16]; Defendant DeTeMedien GmbH's Motion to Quash Subpoena



[Doc. 21-1] and Motion to Deny Request for Production of Documents [Doc. #21-2]; Defendant DeTeMedien GmbH's Motion for Expedited Ruling on its Motion to Quash Subpoena and Deny Request for Production of Documents [Doc. #22]; Plaintiff's Motion to Strike Declaration of Steven Weinberg in Support of Defendant DeTeMedien GmbH's Motion to Set Aside Default Pursuant to Rule 55(c) [Doc. #23]; and Motion to File Addendum to Defendant DeTeMedien GmbH's Reply Memorandum in Support of Its Motion for Rule 11 Sanctions [Doc. #24] to **November 12, 2003 at 4:00 p.m.**

DATED this 10th day of October, 2003.

David G. Campbell
United States District Judge