```
                                              FILED ____ LODGED
                                              RECEIVED ____ COPY

                                                  NOV 3  2003

                                              CLERK U S DISTRICT COURT
                                                DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust,<br><br>    Plaintiff,<br><br>vs.<br><br>Christine Zobel and John Doe Zobel, husband and wife; DeTeMedien GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X,<br><br>    Defendants. | No. CV03-0282-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** vacating the oral argument on various motions set for **November 12, 2003 at 4:00 p.m.** and resetting oral argument on Plaintiff's Motion for Entry of Default Judgment Against Christine Zobel, DeTeMedien GmbH (Doc. #8); Motion of Defendant DeTeMedien GmbH For Rule 11 Sanctions (Doc. #10); Defendant DeTeMedien GmbH's Motion to Set Aside Entry of Default Pursuant to Rule 55(c) (Doc. #11); Defendant DeTeMedien GmbH's Motion to Dismiss under Federal Rule of Civil Procedure 12 (Doc. #12); Plaintiff's Motion to Strike Parole Evidence of Purported Stipulation Contained in Defendant DeTeMedien GmbH's Motion to Set Aside Entry of Default Pursuant to Rule 55(c) (Doc. #14-1) and Request for Attorneys' Fees (Doc. #14-2); Plaintiff's Motion to Strike to Dismiss Under Federal Rules of Civil Procedure or, Alternatively, Response to Motion to Dismiss (Doc. #16); Defendant DeTeMedien GmbH's Motion to Quash Subpoena

(Doc. 21-1) and Motion to Deny Request for Production of Documents (Doc. #21-2); Defendant DeTeMedien GmbH's Motion for Expedited Ruling on its Motion to Quash Subpoena and Deny Request for Production of Documents (Doc. #22); Plaintiff's Motion to Strike Declaration of Steven Weinberg in Support of Defendant DeTeMedien GmbH's Motion to Set Aside Default Pursuant to Rule 55(c) (Doc. #23); and Motion to File Addendum to Defendant DeTeMedien GmbH's Reply Memorandum in Support of Its Motion for Rule 11 Sanctions (Doc. #24) to **November 26, 2003 at 1:30 p.m.**

DATED this 29th day of October, 2003.

*David G. Campbell*
David G. Campbell
United States District Judge