FILED ___ LODGED
✓ RECEIVED ___ COPY

DEC 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust,<br><br>   Plaintiff,<br><br>vs.<br><br>Christine Zobel and John Doe Zobel, husband and wife; DeTeMedien GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X,<br><br>   Defendants. | No. CV03-0282-PHX-DGC<br><br>**ORDER** |

    Defendant DeTeMEDIEN GmbH has filed a Motion for Rescheduling of Oral Argument on Various Motions Reset for November 26, 2003 (Doc. #33). Although the Court is not unmindful of the busy litigation schedule of the DeTeMEDIEN lead counsel, the motions in this case have been pending for months, the November 26, 2003 hearing has been set for several weeks, and the Court believes that other attorneys representing DeTeMEDIEN can ably argue the relatively narrow issues to be heard on November 26, 2003.

    **IT IS THEREFORE ORDERED** that the Motion for Rescheduling of Oral Argument on Various Motions Reset for November 26, 2003 (Doc. #33) is **denied**.

    DATED this 25th day of November, 2003.

*David G. Campbell*
David G. Campbell
United States District Judge