# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Christine Zobel and John Doe Zobel, husband and wife; DeTeMEDIEN GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X,<br><br>Defendants. | No. CV 03-0282-PHX-DGC<br><br>**ORDER** |

During oral argument on November 26, 2003, Steven Weinberg, counsel for DeTeMEDIEN GmbH, stated that he was in the process of being retained to represent Defendant Christine Zobel. The Court has received no notice of appearance on behalf of Ms. Zobel, the only remaining defendant in this case.

**IT IS ORDERED** that Mr. Weinberg shall, by May 28, 2004, inform the Court as to whether he or his firm are representing Ms. Zobel in this action. No response by Plaintiff is necessary.

DATED this 13th day of May, 2004.

David G. Campbell
United States District Judge