FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 0 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Christine Zobel and John Doe Zobel, husband and wife; DeTeMEDIEN GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X,<br><br>Defendants. | No. CV 03-0282-PHX-DGC<br><br>**ORDER** |

The Court has received the Notice of Appearance on Behalf of Defendant Christine Zobel dated May 28, 2004, filed by the Greenberg Traurig law firm.

**IT IS HEREBY ORDERED** that Defendant Zobel shall have until June 25, 2004 to answer or otherwise respond to the complaint in this matter. If Defendant Zobel files an answer, the Court will schedule a Rule 16 Case Management Conference. If Defendant Zobel files a motion, the Court will address Rule 16 issues after ruling on the motion.

DATED this 8th day of June, 2004.

David G. Campbell
United States District Judge