# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ICC Trust, a Washington D.C. Business Trust, | |
| Plaintiff(s), | CIV 03-0282 PHX-DGC |
| v. | |
| Christine Zobel and John Zobel, husband and wife; DeTeMEDIEN GmbH, a foreign corporation; Jane and John Does and XYZ Entities I-X, | |
| Defendant(s). | |

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** per the Court's order [49] of August 18, 2004, granting Defendant Christine Zobel's Motion to Dismiss [46] this case and action are closed. Plaintiff to take nothing.

August 18, 2004
Date

RICHARD H. WEARE
District Court Executive/Clerk

(By) Deputy Clerk

cc:   All counsel
      Judgment Drawer